UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CA 23-1762 |
| ) | |
| RAMON JAQUEZ-DIAZ ) | |

MOTION TO WITHDRAW APPEARANCE

Please enter my withdrawal as counsel for the United States of America in the above-entitled matter.

Respectfully submitted,

Dated: February 1, 2024

JANE E. YOUNG
United States Attorney

By: /s/ Seth R. Aframe
Seth R. Aframe
Assistant U.S. Attorney
First Circuit No. 87645
53 Pleasant Street
Concord, NH 03301-3904